**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
          )
  Plaintiff, )
          )
v. )  Civil No. 1:08-0071
          )  Judge Trauger
BIG CREEK LANDSCAPING, LLC, )  Magistrate Judge Brown
WILLIAM J. BRYMER, and )
RACHAEL A. BRYMER, )
          )
  Defendants. )

**O R D E R**

On December 27, 2010, the Magistrate Judge issued a Report and Recommendation

(Docket No. 51), to which no timely objections have been filed.  The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's

Motion For Default Judgment against Big Creek Landscaping, LLC (Docket No. 38) is

**GRANTED**, and Judgment against this defendant in favor of the plaintiff, in the amount of

$143,040.83 is hereby **ENTERED**.  Entry of this Order shall constitute the Judgment in this

action.  The Judgment against this defendant is joint and several with the Agreed Judgment

against defendants William J. And Rachael A. Brymer entered December 7, 2010 (Docket No.

37).

   Nothing further remaining to be disposed of in this case, the Clerk shall **CLOSE** this file.

   It is so **ORDERED.**

1

ENTER this 17th day of February 2011.

ALETA A. TRAUGER
U.S. District Judge